UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  1:04-CV-11743

| | |
|---|---|
| ELLA M. GRAHAM,<br>        Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> ) |
| ROBERT ROLLINS,<br>        Defendant. | ) <br> ) <br> ) |
| v. | ) <br> ) |
| THOMAS DAY, SR.,<br>        Trustee Defendant. | ) <br> ) <br> ) |

## MOTION FOR TEMPORARY RESTRAINING ORDER

Now comes the Plaintiff, through her counsel, and hereby moves this Honorable

Court for a Temporary Restraining Order pursuant to F.R.C.P. Rule 65(b)(2).

In support of this Motion, please see Verified Complaint and amended Affidavit

of Peter M. Daigle in Support of Motion for Temporary Restraining Order attached

hereto.

The Plaintiff,
Ella M. Graham,
By Her Attorney,

Peter M. Daigle, Esquire
BBO # 640517
1550 Falmouth Road, Suite 6
Centerville, MA 02632
(508) 771-7444

Dated:  August 16, 2004
H:\Graham, Ella Marie\Motion for Temporary Restraining Order.doc