United States District Court
District of Massachusetts

```
_____
                                 )
ELLA M. GRAHAM,                  )
        Plaintiff,               )
                                 )
        v.                       )   Civil Action No.
                                 )   04-11743-NMG
ROBERT ROLLINS,                  )
        Defendant,               )
                                 )
        and                      )
                                 )
THOMAS DAY, SR.,                 )
        Trustee Defendant.       )
_____)
```

**TEMPORARY RESTRAINING ORDER**

**Gorton, J.**

On August 19, 2004, the Plaintiff, Ella M. Graham ("Graham"), filed an ex parte Motion for a Temporary Restraining Order pursuant to Fed. R. Civ. P. 65(b) seeking to restrain the Defendant Robert Rollins ("Rollins") and the Trustee Defendant Thomas Day, Sr. ("Day") from distributing the proceeds of the sale of premises located at 8 Rollins Way, Buzzards Bay, Massachusetts ("the Premises").[1]  Pursuant to Fed. R. Civ. P. 65(b), this Court may issue a temporary restraining order without written or oral notice to an adverse party only if (1) immediate and irreparable loss will result to the applicant before the adverse party may be heard in opposition and (2) the applicant's attorney certifies to the Court in writing the efforts, if any,

---

[1] For the purpose of the pending motion only, the Court will treat Day as a trustee and will therefore refer to him as the Trustee Defendant.

-1-

made to give such notice and the reasons supporting the claim that notice should not be required.

In the instant case, Graham has made a colorable argument that Day may be in the process of permanently depriving Graham of funds to which she is entitled. Although Rollins and Day have not yet had an opportunity to respond to Graham's complaint, the risk of immediate and irreparable injury to Graham as a result of being prevented from exercising her right to obtain a portion of the proceeds from the sale of the Premises warrants the issuance of a temporary restraining order.

Thus, the Defendant Robert Rollins and the Trustee Defendant Thomas Day, Sr. are hereby directed to refrain from transferring or encumbering all or any portion of the proceeds received from the sale of the Premises to which Graham claims she is entitled until the Defendant and the Trustee Defendant have had an opportunity to respond to the verified complaint filed in this action and Graham's request for injunctive relief has been heard.
**So ordered.**

                                        /s/ Nathaniel M. Gorton
                                        Nathaniel M. Gorton
                                        United States District Judge

Dated: August 31, 2004, 3:00 P.M.