AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

ELLA M.  GRAHAM

V.

**SUMMONS IN A CIVIL CASE**

ROBERT ROLLINS

v.

CASE NUMBER:

THOMAS DAY

## 04  11743  NMG

TO: (Name and address of Defendant)   Robert Rollins
999 Chickadee Drive
Venice, FL 34292

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter M. Daigle, Esquire
1550 Falmouth Road, Suite 6
Centerville, MA 02632

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____                          7-9-04
CLERK                                                      DATE

(By) DEPUTY CLERK  _____

**TO BE SERVED**

RECEIPT NO.
0411743NMG

999 CHICKADEE DR VENICE

CASE NO.

ELLA M GRAHAM                    ADDRESS
005 LC

ROBERT ROLLINS & THOMAS DAY SR    PLAINTIFF – PETITIONER

COURT DATE
US DISTRICT/

SUMMONS/TEMP RESTRAINING ORDER/VER COMPL/REQ FOR JURY TRIAL    DEFENDANT – RESPONDENT    COURT

**TYPE OF WRIT**

PETER M DAIGLE ESQ
1550 FALMOUTH RD STE 6
CENTERVILLE, MA  02632

**PLAINTIFF / ATTORNEY**

Received this writ on the ___ 2 ND ___ day of ___ SEPTEMBER ___, 20 _2004_ and served the same at ___ 5:05 p M on the ___ 03 ___ day of ___ September ___, 20 _04_ in ___ SARASOTA ___ County, Florida as follows:

— **INDIVIDUAL**
By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me to: (Person Served)
_____

— **SUBSTITUTE**
By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me
___ to the defendant's spouse to – wit: _____
___ at the defendant's usual place of abode with a person residing therein who is 15 years of age, or older, to – wit: _____
and informing said person of their contents.

— **CORPORATE**
By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me
___ To: _____ as _____
of _____ in the absence of any higher ranking officer as defined in Florida Statute 48.081 (1).
___ To: _____ as registered agent of _____ according to Florida Statute 48.081 (3).
___ To: _____, as an employee of the within named corporation at said corporation's place of business because service could not be made on the registered agent for failure to comply with Chapter 48.091, thereby complying with Chapter 48.081 (3), Florida Statutes.

— **POSTED RESIDENTIAL**
By attaching a true copy of this writ with the date and hour of service endorsed thereon by me together with a copy of the complaint or petition, to a conspicuous place on the property described within after making two (2) attempts not less than six (6) hours apart in that the tenant could not be found and there was no person residing therein, fifteen (15) years of age or older whom service could be made, after the provisions as set forth in Chapter 48.183 (1), Florida Statutes have been met.

— **NOT FOUND**
By returning said writ unserved for the reason that after due diligence to locate the named person could not be found in Sarasota County, Florida.

— **OTHER** Subj. has Parkinson's Disease - Thomas Day Sr has Power of Attorney for Subj. - On attorney advice, Mr Day refused to divulge the location of Subj. However, Mr Day did offer to accept service for the subj as having Power of Attorney for him

SERVICE COST: ___ $ 20.00

WILLIAM F. BALKWILL  SHERIFF
SARASOTA          COUNTY, FLORIDA
BY: _____
Deputy Sheriff

COURT COPY