AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

ELLA M. GRAHAM

v.

ROBERT ROLLINS

v.

THOMAS DAY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 11743 NMG

TO: (Name and address of Defendant)   Thomas Day, Sr.
999 Chickadee Drive
Venice, FL 34292

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter M. Daigle, Esquire
1550 Falmouth Road, Suite 6
Centerville, MA 02632

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____   _8-9-04_
CLERK                              DATE

_____
(By) DEPUTY CLERK

| TO BE SERVED | | RECEIPT NO. 041174 3NMG |
|---|---|---|
| ADDRESS 999 CHICKADEE DR VENICE 005 LC | | CASE NO. |
| PLAINTIFF – PETITIONER ELLA M GRAHAM | | |
| DEFENDANT – RESPONDENT ROBERT ROLLINS & THOMAS DAY SR | | COURT DATE US DISTRICT/ COURT |
| TYPE OF WRIT SUMMONS/TEMP RESTRAINING ORDER/VER COMPL/REQ FOR JURY TRIAL | | |

PETER M DAIGLE ESQ
1550 FALMOUTH RD STE 6
CENTERVILLE, MA 02632

PLAINTIFF / ATTORNEY

Received this writ on the __2 ND__ day of __SEPTEMBER__, 20 __2004__ and served the same at _____ 5:00 p M on the __03__ day of __September__, 20 __04__ in __SARASOTA__ County, Florida as follows:

✓ **INDIVIDUAL**
By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me to: (Person Served) __Thomas Day Sr__

__ **SUBSTITUTE**
By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me
  __ to the defendant's spouse to – wit: _____
  __ at the defendant's usual place of abode with a person residing therein who is 15 years of age, or older, to – wit: _____
  and informing said person of their contents.

__ **CORPORATE**
By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me
  __ To: _____ as _____ of _____ in the absence of any higher ranking officer as defined in Florida Statute 48.081 (1).
  __ To: _____ as registered agent of _____ according to Florida Statute 48.081 (3).
  __ To: _____, as an employee of the within named corporation at said corporation's place of business because service could not be made on the registered agent for failure to comply with Chapter 48.091, thereby complying with Chapter 48.081 (3), Florida Statutes.

__ **POSTED RESIDENTIAL**
By attaching a true copy of this writ with the date and hour of service endorsed thereon by me together with a copy of the complaint or petition, to a conspicuous place on the property described within after making two (2) attempts not less than six (6) hours apart in that the tenant could not be found and there was no person residing therein, fifteen (15) years of age or older whom service could be made, after the provisions as set forth in Chapter 48.183 (1), Florida Statutes have been met.

__ **NOT FOUND**
By returning said writ unserved for the reason that after due diligence to locate the named person could not be found in Sarasota County, Florida.

__ **OTHER**

SERVICE COST: $ 20.00

WILLIAM F. BALKWILL
~~SARASOTA~~ SHERIFF
COUNTY, FLORIDA
BY: _____
Deputy Sheriff

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Ella M. Graham v. Robert Rollins v. Thomas Day, Sr.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    [ ] II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.
             *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

    [X] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

    [ ] IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

    [ ] V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   None

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [X]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [X]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [ ]   NO [X]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [ ]    Central Division [ ]    Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [X]    Central Division [ ]    Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Peter M. Daigle__
ADDRESS __1550 Falmouth Road, Suite 6, Centerville, MA 02632__
TELEPHONE NO. __(508) 771-7444__

(Coversheetlocal.wpd - 10/17/02)