UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-11743-NMG

| | |
|---|---|
| ELLA M. GRAHAM<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| ROBERT ROLLINS<br>    Defendant | )<br>)<br>) |
| And | )<br>) |
| THOMAS DAY, SR.,<br>    Trustee Defendant | )<br>)<br>) |

## OPPOSITION OF DEFENDANT, ROBERT ROLLINS AND TRUSTEE DEFENDANT, THOMAS DAY, TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

Defendants Robert Rollins ("Rollins") and Thomas Day ("Day" and, collectively with Rollins, the "Defendants"), by and through their counsel, hereby submit this joint opposition to the Motion for Temporary Restraining Order of Plaintiff Ella M. Graham. ("Graham" or "Plaintiff") filed contemporaneously with Plaintiff's Verified Complaint. The Motion should be denied for at least the following reasons:

1. As the Affidavits of Thomas Day, Jr., Robert Rollins and Attorney Lisa Mycock filed herewith make abundantly clear, Graham has no reasonable likelihood of success on any of her claims, much less those that seemingly underlie her Motion.

2. Insofar as Graham's claims (obliquely in the Verified Complaint) that she has in any way an entitlement to compensation, including the one-half interest of the proceeds of the sale of Mr. Rollin's house or a portion of Robert Rollin's estate plan:

    a.    Rollins inherited his home from his mother's estate;

    b.    Rollins prepared an estate plan that included Ella Graham at his discretion and not part of any agreement;

    c.    Graham was employed by Rollins to care for him and was compensated for her hours as she had submitted;

    d.    Graham mistreated Rollins and did provided him substandard care; and

    e.    Graham was provided with a waterfront/ beachfront apartment for which she did not pay Rollins.

WHEREFORE, for the reasons stated above, the Defendants respectfully request that this Court deny Plaintiff's Motion for Temporary Restraining order as there is no reasonable likelihood that the Plaintiff will recover judgment against the defendant.

Respectfully submitted
The Defendants
By their attorney

_____
Robert C. Lawless,
BBO #288890
Lawless & Lawless P.C.
3166 Main Street
P.O. Box 1165
Barnstable, Massachusetts 02630
(508) 362-9666

## CERTIFICATE OF SERVICE

I, Robert C. Lawless, Esq., hereby certify that I served the within document on the opposing counsel of record, via first class mail, postage prepaid, this 23rd day of September 2004.

_____
Robert C. Lawless, Esq.