UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-11743NMG

ELLA M. GRAHAM )
    Plaintiff )
)
v. )
)
ROBERT ROLLINS )
    Defendant )
And )
)
THOMAS DAY, SR., )
    Trustee Defendant )

### AFFIDAVIT OF NOTICE OF MOTION

I, Robert C. Lawless, attorney for the above-named Defendants, in the above-entitled action, say that I gave notice that the Opposition of Defendant, Robert Rollins and Trustee Defendant, Thomas Day, to Plaintiff's Motion for Temporary Restraining Order, Affidavit of Robert Rollins, Affidavit of Thomas Day, Jr., and Affidavit of Attorney Lisa E. Mycock, have been marked for hearing, in the U.S. DISTRICT COURT, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210 on **Wednesday, October 6, 2004 at 11:00 a.m.**, by mailing a copy of this notice to counsel for the Plaintiff, this 29th day of September, 2004.

This statement is made under the pains and penalties of perjury.

                            Respectfully submitted
                            The Defendants,
                            By Their attorney,

                            Robert C. Lawless
                            LAWLESS and LAWLESS, P.C.
                            3166 Main Street, P.O. Box 1165
                            Barnstable, MA 02630
                            (508) 362-9666
                            BBO# 288890