UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11743NMG

| | |
|---|---|
| ELLA M. GRAHAM, Plaintiff, | ) ) ) |
| v. | ) ) |
| ROBERT ROLLINS, Defendant. | ) ) ) |
| v. | ) ) |
| THOMAS DAY, SR., Trustee Defendant. | ) ) ) |

## PLAINTIFF'S ANSWER TO DEFENDANTS' COUNTERCLAIM

1. The Plaintiff admits the allegations contained in paragraph 1 of Defendants' counterclaim.

2. The Plaintiff admits the allegations contained in paragraph 2 of Defendants' counterclaim.

3. The Plaintiff admits the allegations contained in paragraph 3 of Defendants' counterclaim.

4. The Plaintiff admits the allegations contained in paragraph 4 of Defendants' counterclaim.

5. The Plaintiff admits the allegations contained in paragraph 5 of Defendants' counterclaim.

6. The Plaintiff admits the allegations contained in paragraph 6 of Defendants' counterclaim.

7. The Plaintiff admits that a time card was submitted but denies that it represented all of the hours of work performed.

8. The Plaintiff admits that a paycheck was received but denies that it was for full compensation.

9. The Plaintiff admits the allegations contained in paragraph 9 of Defendants' counterclaim.

10. The Plaintiff admits the allegations contained in paragraph 10 of Defendants' counterclaim.

11. The Plaintiff denies the allegations contained in paragraph 11 of Defendants' counterclaim. As a round-the-clock caregiver to the Defendant, she needed to live at the home and no compensation is due.

12. The Plaintiff denies the allegations contained in paragraph 12 of Defendants' counterclaim. As a round-the-clock caregiver to the Defendant, she needed to live at the home and no compensation is due.

13. The Plaintiff denies the allegations contained in paragraph 13 of Defendants' counterclaim.

14. The Plaintiff denies the allegations contained in paragraph 14 of Defendants' counterclaim. The Defendants are put to their proof.

15. The Plaintiff denies the allegations contained in paragraph 15 of Defendants' counterclaim. The Defendants are put to their proof.

16. The Plaintiff repeats and realleges the allegations as set forth herein in paragraphs 1 through 15.

17. The Plaintiff denies the allegations contained in paragraph 17 of the Defendants' Counterclaim. The Defendants are put to their proof.

18. The Plaintiff repeats and realleges the allegations as set forth in her Complaint in paragraphs 1 through 17.

19. The Plaintiff denies the allegations contained in paragraph 19 of Defendants' counterclaim. As a round-the-clock caregiver to the Defendant, she needed to live at the home and no compensation is due.

20. The Plaintiff repeats and realleges the allegations as set forth in her Complaint in paragraphs 1 through 19.

21. The Plaintiff denies the allegations contained in paragraph 21 of Defendants' counterclaim. As a round-the-clock caregiver to the Defendant, she needed to live at the home and no compensation is due.

22. The Plaintiff repeats and realleges the allegations as set forth in her Complaint in paragraphs 1 through 21.

23. The Plaintiff denies the allegations contained in paragraph 23 of Defendants' counterclaim. The Defendants are put to their proof.

24. The Plaintiff denies the allegations contained in paragraph 24 of Defendants' counterclaim. The Defendants are put to their proof.

WHEREFORE, the Plaintiff prays that the Defendants take nothing by way of this Counterclaim.

                                        Respectfully Submitted,
                                        The Plaintiff,
                                        Ella M. Graham,
                                        By Her Attorney,

                                        */s/ Peter M. Daigle*
                                        Peter M. Daigle, Esquire
                                        BBO # 640517
                                        1550 Falmouth Road, Suite 6
                                        Centerville, MA 02632
                                        (508) 771-7444

Dated: October 13, 2004
H:\Graham, Ella Marie\Plaintiff's Answer to Defs'. Counterclaim.doc

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date caused a duplicate copy of the above to be served upon all parties of record by first-class mail, postage prepaid.

*Peter M. Daigle*
Peter M. Daigle, Esquire
BBO # 640517
1550 Falmouth Road, Suite 6
Centerville, MA 02632
(508) 771-7444

Dated:  October 13, 2004
H:\Graham, Ella Marie\Plaintiff's Answer to Defs'. Counterclaim.doc