UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11743NMG

| | |
|---|---|
| ELLA M. GRAHAM<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| ROBERT ROLLINS<br>    Defendant | )<br>)<br>) |
| And | )<br>) |
| THOMAS DAY, SR.,<br>    Trustee Defendant | )<br>) |

### STIPULATION

Now come the parties in the above-entitled matter and enter the following stipulation:

1. That the Temporary Restraining Order issued by the Court on August 31, 2004, as modified by the Court Order on October 6, 2004 shall be dissolved upon the compliance with the terms set forth in this Stipulation;

2. Counsel for the Plaintiff and counsel for the Defendant agree to establish an escrow account (or accounts) at the RBC Dain Rausher in Hartford, Connecticut. Said escrow account shall require dual signatures; a signature for counsel for the Plaintiff and a signature for counsel for the Defendant;

3. The Defendant Rollins agrees to place $200,000.00 in said escrow account. Said funds shall only be removed by agreement of counsel or order of the United States District Court;

4. Said funds shall be placed in an interest bearing account, which may include up to a three month maturity period. The interest shall accrue with the account. At the time of maturity, said principal and interest shall be rolled over into a similar account for a similar period;

5. Counsel for the Plaintiff and counsel for the Defendant shall cooperate with the bank rules and regulations to establish said account.

| | |
|---|---|
| _____ | _____ |
| Peter M. Daigle, Esq. | Robert C. Lawless |
| BBO# 640517 | BBO #288890 |
| 1550 Falmouth Road | Lawless & Lawless P.C. |
| Centerville, MA 02632 | 3166 Main Street |
| (508) 771-7444 | P.O. Box 1165 |
| | Barnstable, Massachusetts 02630 |
| | (508) 362-9666 |