UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ella M. Graham,
       Plaintiff

v.                                                Civil Action No. 04-1743-NMG

Robert Rollins,
       Defendant

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

      The Court having been advised by counsel on November 18, 2004 that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

                                                         By the Court,

                                                         /S/ Craig J. Nicewicz

11/18/04                                                   _____
  Date                                                     Craig J. Nicewicz
                                                             Courtroom Clerk