UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-11743NMG

| | |
|---|---|
| ELLA M. GRAHAM<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| ROBERT ROLLINS<br>    Defendant | )<br>)<br>) |
| And | )<br>) |
| THOMAS DAY, SR.,<br>    Trustee Defendant | )<br>) |

### JOINT STATEMENT FOR SCHEDULING CONFERENCE

Now comes the parties to the above-entitled case and state that:

(1) <u>Discovery</u>:  Discovery has not commenced.  The parties agree to bifurcate discovery between a discovery phase and expert discovery phase, although both parties agree at this time that experts are unlikely in this case.  The first phase of discovery shall be completed by May 13, 2005.  The parties agree that given the advanced age and medical condition of the Defendant Rollins, and the fact that Defendant Day resides in Florida, any depositions of those witnesses shall occur in Florida.  The parties stipulate that either party may take the deposition or preserve trial testimony by means of video, or testimony taken over telephone or other remote electronic means.  The second phase of discovery shall be completed by July 15, 2005.

(2) <u>Motions</u>:    The parties recommend that all Rule 12, 15, 19, and 20 motions shall be filed prior to May 13, 2005.  Rule 56 Motions shall be filed prior to July 15, 2005.

(3) <u>Trial</u>:    Both parties consent to the trial of this case by a Magistrate Judge with jury.  The parties are willing to consider the resolution of the litigation through the use of Alternative Dispute Resolution programs.

(4)   <u>Settlement</u>: Both counsel certify that they have discussed settlement.

Respectfully submitted,

_____
Peter M. Daigle, Esq.
Attorney for Plaintiff
1550 Falmouth Road
Centerville, MA 02632
(508) 771-7444
BBO# 640517

_____
Robert C. Lawless, Esq.
Attorney for Defendants
LAWLESS and LAWLESS, P.C.
3166 Main St, P.O. Box 1165
Barnstable, MA 02630
(508) 362-9666
BBO#288890