UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-11743NMG

ELLA M. GRAHAM )
    Plaintiff )
)
v. )
)
ROBERT ROLLINS )
    Defendant )
)
And )
)
THOMAS DAY, SR., )
    Trustee Defendant )

## RULE 16 CERTIFICATION

As required by Rule 16, we have conferred concerning:

a.    establishing a budget for the costs of conducting the full course of the litigation; and

b.    to consider the resolution of the litigation through the use of alternative dispute resolution.

_[signature]_
Robert C. Lawless, Esq.

_[signature]_
Thomas S. Day, Individually

_[signature]_
Thomas S. Day
For Robert Rollins