UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11743NMG

|  |  |
|---|---|
| ELLA M. GRAHAM | ) |
| Plaintiff | ) |
|  | ) |
|  | ) |
| v. | ) |
|  | ) |
| ROBERT ROLLINS | ) |
| Defendant | ) |
|  | ) |
| And | ) |
|  | ) |
| THOMAS DAY, SR., | ) |
| Trustee Defendant | ) |

## STIPULATION OF DISMISSAL

The parties in the above-entitled action, pursuant to the provisions of Fed.
R. Civ. P. 41 (a)(1)(ii), hereby stipulate that said action be dismissed as to all
claims with prejudice and with the parties to bear their own costs.

Respectfully submitted,

Peter M. Daigle, Esq.
Attorney for Plaintiff
1550 Falmouth Road
Centerville, MA 02632
(508) 771-7444

Robert C. Lawless, Esq.
Attorney for Defendants
LAWLESS and LAWLESS,P.C.
3166 Main St.
P.O. Box 1165
Barnstable, MA 02630
(508) 362-9666